**Opinion issued August 2, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-13-00550-CV

———————————————

## IN THE INTEREST OF C.F., A CHILD

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Case No. 2011-04980J

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal and for immediate issuance of our mandate. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We direct the Clerk of the Court to issue the mandate with the opinion and judgment in this case.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.